

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00295-CV

IN RE WILLIAM SULLIVAN                                    RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied.[2] Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL:  MCCOY, DAUPHINOT, and GARDNER, JJ.

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

[2]The relator complains that the respondent has failed to hold a hearing on his pro se application for writ of habeas corpus bond reduction, but the trial court clerk has indicated that relator is still represented by appointed counsel and that there is no motion to withdraw on file.  *See Ex parte Bohannan*, 350 S.W.3d 116, 116 n.1 (Tex. Crim. App. 2011) (noting that when an applicant is represented by counsel, he is not entitled to hybrid representation, and the court can disregard his pro se submissions and take no action on them).

DELIVERED:  July 25, 2012